**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
ALEXIS M. WOOD (SBN 270200)
alexis@consumersadvocates.com
KAS L. GALLUCCI (SBN 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY MOSHER, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANME, INC.<br><br>Defendant. | Case No. 8:20-cv-757-ODW (DFMx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Hilary Mosher ("Plaintiff") and LoanMe, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, respectfully notify this Honorable Court that this case has settled on an individual basis. The Parties request that this Honorable Court vacate all pending dates and allow forty-five (45) days with which to file dispositive documentation. A Stipulation to Dismiss the individual action of Plaintiff Hilary Mosher with prejudice and to dismiss without prejudice the class claims asserted in this lawsuit will be forthcoming. The Parties request that this Court retain jurisdiction over this matter until fully resolved.

Dated:  By:  /s/ Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

Dated:  By: /s/ Rebecca Snavely Saelao
**SEVERSON & WERSON, APC**
REBECCA SNAVELY SAELAO
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorney for Defendant*

## CERTIFICATION OF APPROVAL OF CONTENT

I, Ronald A. Marron, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted their respective portions of the content of the Notice of Settlement, and that I have obtained authorization from Rebecca Snavely Saelao counsel for Defendant, for her electronic signatures on the Notice of Settlement.

Dated: 10/26/2020                **LAW OFFICES OF RONALD A. MARRON**
                                 By:   /s/ Ronald A. Marron
                                 RONALD A. MARRON

*Attorney for Plaintiff and the Proposed Class*