**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HILARY MOSHER, on behalf of herself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOANME, INC.<br><br>　　　　　Defendant. | Case No.: 8:20-cv-757-ODW (DFMx)<br><br>CLASS ACTION<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS CLAIMS**<br><br>**[Fed. R. Civ. Proc. 41]** |

13017.0006/15563139.1

Plaintiff Hilary Mosher ("Plaintiff") and Defendant LoanMe, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby STIPULATE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's complaint shall be dismissed in its entirety and with prejudice with respect to the claims by Plaintiff individually against Defendant, and without prejudice as to the claims by the putative, uncertified classes alleged by Plaintiff, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: November 16, 2020

By:  /s/ Alexis M. Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Classes*

Dated: November 16, 2020

By: /s/ Rebecca S. Saelao
**SEVERSON & WERSON, APC**

SCOTT J. HYMAN
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

REBECCA SNAVELY SAELAO
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
*Attorneys for Defendant*

## CERTIFICATION OF APPROVAL OF CONTENT

I, Alexis M. Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for her electronic signature.

Dated: November 16, 2020

**LAW OFFICES OF RONALD A. MARRON**
By: */s/ Alexis M. Wood*
ALEXIS M. WOOD

*Attorneys for Plaintiff and the Proposed Classes*