UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 8:20-cv-00757-ODW-(DFMx) | Date | November 16, 2020 |
|---|---|---|---|
| Title | *Hilary Mosher v. LoanMe, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**           **In Chambers**

Pursuant to the Notice of Voluntary Dismissal (ECF No. 18) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE** with respect to the claims by Plaintiff individually against Defendant;

2. **DISMISSED WITHOUT PREJUDICE** as to the claims by the putative, uncertified classes alleged by Plaintiff; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                    :   00

                                            Initials of Preparer   SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 8:20-cv-00757-ODW-(DFMx) | Date | November 16, 2020 |
|---|---|---|---|
| Title | *Hilary Mosher v. LoanMe, Inc.* | | |